# COUNTY OF ONONDAGA



**J. Ryan McMahon, II**
County Executive

**Robert A. Durr**
County Attorney

**DEPARTMENT OF LAW**
John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202
Telephone: (315) 435-2170
Fax: (315) 435-5729

9 November 2018

By CM/ECF

The Honorable Andrew T. Baxter
US Magistrate Judge
James Hanley Federal Building, US Courthouse
PO Box 7396
Syracuse, New York 13261-7346

Re:   *Murphy v Onondaga County*
      Civil Action No. 5:18-cv-01218 (GLS-ATB)

Dear Magistrate Judge Baxter:

    The 11 defendants are represented by me.

    The court is asked to please extend the time of the defendants to answer the 70 page complaint, or make a Federal Rules of Civil Procedure rule 12 motion, until Friday, 21 December 2018.

Very truly yours,

John E. Heisler Jr.
Senior Deputy County Attorney

cc:   Jeffrey R. Parry, Esq. (by NEF)