# *Jeffrey R. Parry, Esq.*

## Attorney and Counselor at Law

Manuel Katsoulis, Esq.　　　　　　　　　　　　　　　　　　　JeffreyParry404@gmail.com

*The White House*
7030 East Genesee Street
Fayetteville, N.Y. 13066
(315)424 6115
(315) 622 4829 – *facsimile*
*- not for service of process -*

November 9, 2018

Hon. Andrew T. Baxter
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336　　　　　　　　　　　**Via ECF**

RE:　Murphy v. Onondaga County, *et al.*
　　　Docket No: 5:18-

Dear Judge Baxter,

　　I have received Onondaga County's request for an extension of time in which to file a Rule 12 motion. While I generally concede to such extensions and I do not wish to oppose this if possible, I note that the period requested is lengthy and I have not been informed as to why it is necessary. While I'm sure that my opponent has a very good reason, and I very much try to be amenable to such requests, I would respectfully ask to be informed as to why this lengthy period was requested before I respond to it.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　*Jeffrey Parry*
　　　　　　　　　　　　　　　　　　　Jeffrey R. Parry