UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
\

KEVIN MURPHY,

### NOTICE OF MOTION

                    Plaintiff,             Case No.: 18-cv-1218

    -vs-

ONONDAGA COUNTY, THE ONONDAGA COUNTY
SHERIFF'S DEPARTMENT, EUGENE CONWAY both Individually
and in his capacity as Sheriff of Onondaga County, JOSEPH
CICIARELLI both Individually and in his capacity as Chief Police
Deputy, MICHAEL DICKINSON, JAMMIE BLUMER,
JONATHAN ANDERSON, JOSEPH PELUSO, ROY
GRATIEN, JASON CASSALIA, and CARL HUMMEL, all
Individually and in their capacities as employees of Onondaga
County and the Onondaga County Sheriff's Department,"

                    Defendants.

-----------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **MOTION BY:** | Plaintiff, Kevin Murphy, by and through his Attorneys, JARROD W. SMITH, ESQ., P.L.L.C. AND JEFFREY R. PARRY, ESQ. |
| **DATE, TIME & LOCATION OF HEARING:** | February 14, 2019 at 10:00 a.m. at the James M. Hanley Federal Building and U.S. Courthouse 100 South Clinton Street, Syracuse, New York. |
| **SUPPORTING PAPERS:** | Affidavit of Kevin Murphy sworn to on January 11, 2019 with Exhibits and Memorandum of Law. |
| **RELIEF REQUESTED:** | An Order granting the disqualification of the Onondaga County Attorney's Office in representing the Defendants herein; an Order for early Discovery on the issue of disqualification and witness tampering. |
| **GROUNDS FOR RELIEF REQUESTED:** | Court of Appeals for the Second Circuit caselaw; Fed R. Civ. P 26 (d) and Onondaga County Attorney's office tampering with a witness per 18 U.S.C. §1512(b)(1). |
| **NOTICE:** | that pursuant to the Local Rule 7.1(b)(1) answering papers (and a notice of Cross motion, with supporting papers), if any, must be served upon the undersigned at least seventeen (17) days before the return date of this motion. |

Dated: January 11, 2019

Respectfully,

**JARROD W. SMITH, ESQ., P.L.L.C.**

*JW Smith*

**——————————————————————**

Jarrod W. Smith, Esq.
Bar Roll # 512289
Attorney for Plaintiff, Kevin Murphy
11 South Main Street
P.O. Box 173
Jordan, New York 13080
Tel. No.: (315) 277-5370
jarrodwsmithesqpllc@gmail.com