United States District Court
Northern District of New York
_____

Kevin Murphy,

                Plaintiff,

    V

Onondaga County et al.,

                Defendants.
_____

Civil Action No. 5:18-cv-01218-GLS-CFH

Notice of In Camera Submission

    Please notice that defendants made this in camera submission to the court's chambers by 3 April 2019 email: a 20 March 2019 letter of John E. Heisler Jr. to defendants, a 20 March 2019 affidavit of J. Ryan McMahon, II, a 21 March 2019 affidavit of Eugene Conway, a 28 March 2019 affidavit of Joseph Ciciarelli, a 28 March 2019 affidavit of Michael Dickinson, a 26 March 2019 affidavit of Jammie Blumer, a 21 March 2019 affidavit of Jonathan Anderson, a 25 March 2019 affidavit of Joseph Peluso, a 3 April 2019 affidavit of Roy Gratien, a 21 March 2019 affidavit of Jason Cassalia, and a 21 March 2019 affidavit of Carl Hummel.

Dated: 3 April 2019

s/ John E. Heisler Jr.
Bar Number: 301476
Attorney for Defendants
County of Onondaga Department of Law
John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, NY 13202
Telephone: (315) 435-2170
Fax: (315) 435-5729
Email: johnheislerjr@ongov.net